# Court of Appeals
# of the State of Georgia

ATLANTA, November 07, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1787. PATTERSON et al. v. WELLS FARGO, N.A., et al.**

Pursuant to Court of Appeals Rule 23 (a), the Appellants' brief was due in this Court on May 23, 2013. "Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offender to contempt." Rule 23 (a). Because the Appellants have failed to comply with the Rules of this Court by either timely filing their brief or moving for an extension of time to file their brief, this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/07/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*